IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


HARLEE C LEMING,

    Plaintiff,

v.                                                                      CASE NO. 1:07-cv-00192-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed.

    The ALJ found that Plaintiff had a knee disorder and hypertension, which were severe, but that neither condition met listing requirements. Plaintiff's treating physician, Dr. Zelaya referred Plaintiff for a functional assessment by an occupational rehabilitation facility which determined after comprehensive testing that he could perform medium work. The ALJ also based his findings on Plaintiff's self reported daily activities which he found were inconsistent with severe limitations such as riding a lawn mower, living alone and taking full care of himself, and his concession that he had been looking for work. Using the testimony of a vocational expert, the ALJ determined that Plaintiff could perform light work, with postural limitations and a sit/stand option, but there were a number of jobs which Plaintiff could perform such as ticket seller, toll taker, and coupon redemption clerk. On the other hand, Dr. Lopez, a physician who only saw Plaintiff twice, opined that Plaintiff can sit and stand 30 minutes at a time and must rest

every two hours, and that Plaintiff met the requirements of Rule 201.14 of the Medical-Vocational Guidelines.

The Court agrees with the Magistrate Judge that the ALJ did not err in declining to give substantial weight to Dr. Lopez' opinion. First, the actual treating physician was Dr. Zelaya, who operated upon and treated Plaintiff's knee. He disagreed with Dr. Lopez, who only saw Plaintiff twice. Second, Dr. Lopez' opinion was not consistent with the medical evidence and the self-reported activities of Plaintiff. Accordingly, substantial evidence supported the decision of the ALJ. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *30th*   day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge